ORIGINAL
FILED

JUL 2 2003

1      Arthur J. Behiel, State Bar No. 172165
        Thomas W. Lathram, State Bar No. 59639
2      SILICON EDGE LAW GROUP
        7401 Koll Center Parkway, Suite 280
3      Pleasanton, California 94566
        Telephone: (925) 461-2616
4      Facsimile: (925) 461-0961

5

6      Counsel for Plaintiffs
        MANGOSOFT, INC.
7      MANGOSOFT CORPORATION

ADR

E-FILING

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11     MANGOSOFT, INC. and        )
                            ) **C03   03089   RS**
12     MANGOSOFT CORPORATION   )
                            ) Civil Action No. C_____
13            Plaintiffs,      )
                            ) **COMPLAINT FOR PATENT**
14     v.                       ) **INFRINGEMENT**
                            )
15     ORACLE CORPORATION, SUN    )
16     MICROSYSTEMS, INC., DELL    ) **DEMAND FOR JURY TRIAL**
                            )
17     COMPUTER CORPORATION, and   )
        ELECTRONIC ARTS INC.       )
18                             )
           Defendants.     )
19                             )

20

21         Plaintiffs, Mangosoft, Inc. and Mangosoft Corporation (together "Mangosoft" or

22     "Plaintiffs"), as and for their Complaint against Defendants Oracle Corporation, Sun

23     Microsystems, Inc., Dell Computer Corporation and Electronic Arts Inc. (collectively

24     "Defendants"), allege as follows:

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

## JURISDICTION AND VENUE

1.   This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

2.   Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), (c) and §1400(b).

## PARTIES

3.   Plaintiff Mangosoft, Inc. is a Nevada corporation having a principal place of business at 12 Pine Street Extension in Nashua, New Hampshire 03060.

4.   Plaintiff Mangosoft Corporation is a Delaware corporation having a principal place of business at 12 Pine Street Extension in Nashua, New Hampshire 03060.

5.   Defendant Oracle Corporation ("Oracle") is a Delaware corporation having a principal place of business at 500 Oracle Parkway in Redwood Shores, California 94065 and is doing business and committing acts of patent infringement in this judicial district and elsewhere.

6.   Defendant Sun Microsystems, Inc. ("Sun") is a Delaware corporation having a principal place of business at 4150 Network Circle in Santa Clara, California 95054 and is doing business and committing acts of patent infringement in this judicial district and elsewhere.

7.   Defendant Dell Computer Corporation ("Dell") is a Delaware corporation having a regular and established place of business at 222 Trade Zone Boulevard in San Jose, California 95131 and is doing business and committing acts of patent infringement in this judicial district and elsewhere.

COMPLAINT FOR PATENT INFRINGEMENT                                                          2

8.     Defendant Electronic Arts Inc. ("EA") is a Delaware corporation having a principal place of business at 209 Redwood Shores Parkway in Redwood City, California 94065 and is doing business and committing acts of patent infringement in this judicial district and elsewhere.

**COUNT I**

(Infringement of U.S. Patent No. 6,148,377)

9.     The allegations of paragraphs 1 – 8 above are incorporated herein by reference.

10.    This claim is made under the provisions of the patent laws of the United States, 35 U.S.C. § 271 et seq.

11.    Mangosoft Corporation, a wholly owned subsidiary of Mangosoft, Inc., is the owner of U.S. Patent No. 6,148,377 ("the '377 patent") that was duly and legally issued on November 14, 2000 and is entitled "Shared Memory Computer Networks".

12.    In violation of one or more provisions of 35 U.S.C. § 271, Defendants have infringed, and continue to infringe one or more of the claims of the '377 patent by making, using, selling and/or offering for sale, *inter alia,* software, including Oracle 9*i* and 10*i* Real Application Clusters ("RAC"), Sun's Solaris SPARC/Solaris x86/Linux systems with Oracle RAC, Dell's Best Practices Configurations featuring Oracle 9*i* RAC, Oracle RAC with Dell/EMC storage, Dell's use of RAC in its Sales Operational Data Store (ODS) and EA's The Sims Online in this judicial district and elsewhere.

13.    Defendants' acts of infringement are willful.

14.    Defendants' acts of infringement have caused reparable and irreparable damage to Plaintiffs and Plaintiffs will continue to suffer damage unless Defendants are enjoined.

1

## COUNT II

2

(Infringement of U.S. Patent No. 5,918,229)

3

15.    The allegations of paragraphs 1 – 14 above are incorporated herein by

4

reference.

5

16.    This claim is made under the provisions of the patent laws of the United

6

7

States, 35 U.S.C. § 271 et seq.

8

17.    Mangosoft Corporation, a wholly owned subsidiary of Mangosoft, Inc., is

9

the owner of U.S. Patent No. 5,918,229 ("the '229 patent") that was duly and legally issued

10

on June 29, 1999 and is entitled "Structured Data Storage Using Globally Addressable

11

Memory".

12

18.    In violation of one or more provisions of 35 U.S.C. § 271, Defendants have

13

14

infringed, and continue to infringe one or more of the claims of the '229 patent by making,

15

using, selling and/or offering for sale, *inter alia,* software, including Oracle 9*i* and 10*i* Real

16

Application Clusters ("RAC"), Sun's Solaris SPARC/Solaris x86/Linux systems with

17

Oracle RAC, Dell's Best Practices Configurations featuring Oracle 9*i* RAC, Oracle RAC

18

with Dell/EMC storage, Dell's use of RAC in its Sales Operational Data Store (ODS) and

19

EA's The Sims Online in this judicial district and elsewhere.

20

19.    Defendants' acts of infringement are willful.

21

20.    Defendants' acts of infringement have caused reparable and irreparable

22

23

damage to Plaintiffs and Plaintiffs will continue to suffer damage unless Defendants are

24

enjoined.

25

## PRAYER FOR RELIEF

26

WHEREFORE, Plaintiffs pray that the Court:

27

A.    Enter judgment that Defendants have infringed U.S. Patent Nos. 6,148,377

28

COMPLAINT FOR PATENT INFRINGEMENT                                                    4

1    and 5,918,229.

2        B.      Enter judgment that Defendants' acts of patent infringement are willful;

3        C.      Temporarily, preliminarily and permanently enjoin Defendants, their parents,

4    subsidiaries, affiliates, divisions, officers, agents, servants, employees, directors, partners,

5    representatives, and all parties in active concert and/or participation with Defendants, from

6    engaging in the aforesaid unlawful acts of infringement, including but not limited to Oracle

7

8    and Sun's global consolidation program;

9        D.      Order Defendants to account for and pay to Plaintiffs all damages caused to

10   Plaintiffs by Defendants' unlawful acts;

11       E.      Award Plaintiffs increased damages and attorney fees pursuant to 35 U.S.C.

12   §§ 284 and 285;

13

14       F.      Award Plaintiffs their interest and costs incurred in this action; and

15       G.      Grant Plaintiffs such other and further relief as the Court may deem just

16   and proper.

17

18                          **DEMAND FOR JURY TRIAL**

19       Plaintiffs demand a jury trial of all issues triable of right by jury.

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT                                               5

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

3

than the named parties, there is no such interest to report.

4

5

MANGOSOFT, INC.

6

-and-

MANGOSOFT CORPORATION

7

8

Dated: July 2, 2003                    By:

9

Arthur J. Behiel, State Bar No. 172165

Thomas W. Lathram, State Bar No. 59639

10

SILICON EDGE LAW GROUP

7401 Koll Center Parkway, Suite 280

11

Pleasanton, California 94566

Telephone: (925) 461-2616

12

Facsimile: (925) 461-0961

13

-and-

14

15

Paul J. Hayes, Esq.

Joseph P. Messina, Esq.

16

David Crosby, Esq.

Robert R. Gilman, Esq.

17

MINTZ, LEVIN, COHN, FERRIS,

GLOVSKY AND POPEO, P.C.

18

One Financial Center

Boston, MA  02111

19

Telephone: (617) 542-6000

Facsimile: (617) 542-2241

20

21

22

Attorneys for Plaintiffs

23

24

25

26

27

28