**\*E-FILED 9/15/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANGOSOFT, INC., et al., | NO. C 03-03089 RS |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendants. | |

Pursuant to the order filed on November 26, 2003, the above-entitled action was stayed pending resolution of plaintiffs' claims against Oracle Corporation and related counterclaims in the U.S. District Court for the District of New Hampshire, Case No. 02-545 JM.   The parties are ordered to appear before the Court for a status conference on **November 15, 2006 at 2:30 p.m.** to discuss the status of this case.   A joint status report shall be filed no later than November 8, 2006.

IT IS SO ORDERED.

Dated: September 15, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Arthur Joseph Behiel    art@siliconedgelaw.com, laurie@siliconedgelaw.com

David Franklin Crosby    dcrosby@mintz.com

Robert R. Gilman    rgilman@mintz.com,

Paul J. Hayes    phayes@mintz.com,

Kevin P.B. Johnson    kjohnson@fishneave.com,

Thomas Wade Lathram    Tom@SiliconEdgeLaw.com

Douglas E. Lumish    doug.lumish@weil.com

Joseph Paul Messina    JPMessina@mintz.com,

David A. Perlson    davidperlson@quinnemanuel.com

Matthew D. Powers    matthew.powers@weil.com

Matthew M. Sarboraria    matthew.sarboraria@weil.com

Claude M. Stern    claudestern@quinnemanuel.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 15, 2006

           /s/ BAK
           Chambers of Magistrate Judge Richard Seeborg