| | |
|---|---|
| 1 | Arthur J. Behiel, State Bar No. 172165 |
|   | Thomas W. Lathram, State Bar No. 59639 |
| 2 | SILICON EDGE LAW GROUP |
|   | 6601 Koll Center Parkway, Suite 245 |
| 3 | Pleasanton, California 94566 |
|   | Telephone:  (925) 621-2113 |
| 4 | Facsimile:   (925) 621-2114 |
| 5 | Paul J. Hayes, *pro hac vice* |
|   | Joseph P. Messina, *pro hac vice* |
| 6 | Robert R. Gilman, *pro hac vice* |
|   | MINTZ, LEVIN, COHN, FERRIS, |
| 7 |  GLOVSKY and POPEO, P.C. |
|   | One Financial Center |
| 8 | Boston, Massachusetts  02111 |
| 9 | Attorneys for Plaintiffs |
|   | Mangosoft, Inc. and Mangosoft Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANGOSOFT, INC. and MANGOSOFT CORPORATION, | Case No. C03 3089 RS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ORACLE CORPORATION, SUN MICROSYSTEMS, INC., DELL COMPUTER CORPORATION, AND ELECTRONIC ARTS INC., | |
| Defendants. | |

Plaintiffs Mangosoft, Inc. and Mangosoft Corporation having filed their Complaint against Defendants Oracle Corporation ("Oracle"), Sun Microsystems, Inc., Dell Computer Corporation, and Electronic Arts, Inc. for infringement of U.S. Patent No. 6,148,377 ("the '377 patent") and U.S. Patent No. 5,918,229 ("the '229 patent"), Defendants having filed their Answers and Counterclaims to the Complaint, Plaintiffs' claims against Oracle having been

1  transferred to the United States District Court for the district of New Hampshire and this case
2  having been stayed pending final resolution of all claims and counterclaims in Civil Action No.
3  C02-545-SM, pending in the District of New Hampshire ("the New Hampshire Case"), Plaintiffs
4  
5  and remaining Defendants hereby stipulate to a dismissal without prejudice of their respective
6  claims and counterclaims against each other in this action, subject to the following conditions:
7      (1)  The claims and counterclaims in this action cannot be re-filed, revived, or otherwise
8  brought in any way until the issuance of a final, non-appealable order finally resolving the claims
9  and counterclaims in the New Hampshire Case; and
10      (2)  To the extent permitted by the provisions of condition (1), above, any claim or
11  counterclaim in this action may only be re-filed, revived, or otherwise brought in the Northern
12  
13  District of California.
14      Each party shall bear its own costs, fees and expenses.

21      IT IS SO ORDERED THIS _____ day of _____, 2006

23      _____
    United States District Court Judge

| | |
|---|---|
| 1  Dated: November 14, 2006 | By:_____/s/ Arthur J. Behiel_____ |
| 2 | Paul J. Hayes (*pro hac vice*) |
|   | Joseph P. Messina (*pro hac vice*) |
| 3 | Robert R. Gilman (*pro hac vice*) |
|   | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY |
| 4 | and POPEO, P.C. |
|   | One Financial Center |
| 5 | Boston, MA 02111 |
|   | (617) 542-6000 – phone |
| 6 | (617) 542-2241 – fax |
| 7 | |
|   | Thomas W. Lathram |
| 8 | Arthur J. Behiel |
|   | SILICON EDGE LAW GROUP LLP |
| 9 | 6601 Koll Center Parkway, Suite 245 |
|   | Pleasanton, CA  94566 |
| 10 | Telephone:  (925) 621-2113 |
|   | Facsimile:  (925) 621-2114 |
| 11 | |
| 12 | Attorneys for Plaintiffs |
|    | Mangosoft, Inc. and Mangosoft Corporation |

3                                              Case No. C03 3089 RS

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | Dated:  November 14, 2006 | By:            /s/ Henry C. Su             |
| 2 | | Henry C. Su |
| | | Howrey LLP |
| 3 | | 1950 University Avenue, 4th Floor |
| | | East Palo Alto, CA 94303-2250 |
| 4 | | (650) 798-3528 - phone |
| | | (650) 798-3600 - fax |
| 5 | | |
| 6 | | Thomas M. Dunham |
| | | Nelson M. Kee |
| 7 | | Howrey Simon Arnold & White LLP |
| | | 1299 Pennsylvania Ave., N.W. |
| 8 | | Washington, DC 20004 |
| | | (202) 783-0800 - phone |
| 9 | | (202) 383-6610 – fax |
| 10 | | Attorneys for Defendant |
| 11 | | Sun Microsystems, Inc. |
| 12 | Dated:  November 14, 2006 | By:            /s/ David E. Killough         |
| 13 | | David E. Killough |
| | | Vinson & Elkins L.L.P. |
| 14 | | The Terrace 7 |
| | | 2801 Via Fortuna |
| 15 | | Suite 100 |
| | | Austin, TX 78746 |
| 16 | | (512) 542-8428 - phone |
| 17 | | (512) 542-8612 – fax |
| 18 | | Attorneys for Defendant |
| | | Dell Computer Corporation |
| 19 | | |
| 20 | Dated:  November 14, 2006 | By:            /s/ Douglas E. Lumish        |
| | | Douglas E. Lumish |
| 21 | | Jeffrey Homrig |
| | | Weil Gotshal & Manges LLP |
| 22 | | Silicon Valley Office |
| 23 | | 201 Redwood Shores Parkway |
| | | Redwood Shores Parkway |
| 24 | | Redwood Shores, CA 94065 |
| | | (650) 802-3000 - phone |
| 25 | | (650) 802-3100– fax |
| 26 | | |

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | Attorneys for Defendant |
| 2 | Electronic Arts Inc. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | LIT 1592877v.1 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |