1   Arthur J. Behiel, State Bar No. 172165
    Thomas W. Lathram, State Bar No. 59639
2   SILICON EDGE LAW GROUP
    6601 Koll Center Parkway, Suite 245
3   Pleasanton, California 94566
    Telephone:  (925) 621-2113
4   Facsimile:   (925) 621-2114

5   Paul J. Hayes, *pro hac vice*
    Joseph P. Messina, *pro hac vice*
6   Robert R. Gilman, *pro hac vice*
    MINTZ, LEVIN, COHN, FERRIS,
7    GLOVSKY and POPEO, P.C.
    One Financial Center
8   Boston, Massachusetts  02111

9   Attorneys for Plaintiffs
    Mangosoft, Inc. and Mangosoft Corporation

10

*E-FILED 11/14/06*

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13                          SAN JOSE DIVISION

| | |
|---|---|
| 14  MANGOSOFT, INC. and<br>MANGOSOFT CORPORATION, | Case No. C03 3089 RS |
| 15              Plaintiff, | **STIPULATION OF DISMISSAL**<br> AND ORDER THEREON |
| 16        v. | |
| 17  ORACLE CORPORATION, SUN<br>MICROSYSTEMS, INC., DELL COMPUTER<br>CORPORATION, AND ELECTRONIC ARTS<br>18  INC., | |
| 19              Defendants. | |

20

21      Plaintiffs Mangosoft, Inc. and Mangosoft Corporation having filed their Complaint

22  against Defendants Oracle Corporation ("Oracle"), Sun Microsystems, Inc., Dell Computer

23  Corporation, and Electronic Arts, Inc. for infringement of U.S. Patent No. 6,148,377 ("the '377

24  patent") and U.S. Patent No. 5,918,229 ("the '229 patent"), Defendants having filed their

25  Answers and Counterclaims to the Complaint, Plaintiffs' claims against Oracle having been

26

SV1:\259724\01\5K#K01!.DOC\66385.0014

1 transferred to the United States District Court for the district of New Hampshire and this case

2 having been stayed pending final resolution of all claims and counterclaims in Civil Action No.

3 C02-545-SM, pending in the District of New Hampshire ("the New Hampshire Case"), Plaintiffs

4 and remaining Defendants hereby stipulate to a dismissal without prejudice of their respective

5 claims and counterclaims against each other in this action, subject to the following conditions:

6

7 (1) The claims and counterclaims in this action cannot be re-filed, revived, or otherwise

8 brought in any way until the issuance of a final, non-appealable order finally resolving the claims

9 and counterclaims in the New Hampshire Case; and

10 (2) To the extent permitted by the provisions of condition (1), above, any claim or

11 counterclaim in this action may only be re-filed, revived, or otherwise brought in the Northern

12 District of California.

13

14 Each party shall bear its own costs, fees and expenses.

15

16

17

18

19

20

21 IT IS SO ORDERED THIS ___14TH___ day of __November__, 2006

22

23 _____

United States District Court Judge

24

25

26

2                                    Case No. C03 3089 RS

STIPULATION OF DISMISSAL

1    Dated: November 14, 2006

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By:_____/s/ Arthur J. Behiel_____
Paul J. Hayes (*pro hac vice*)
Joseph P. Messina (*pro hac vice*)
Robert R. Gilman (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 – phone
(617) 542-2241 – fax

Thomas W. Lathram
Arthur J. Behiel
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA  94566
Telephone:  (925) 621-2113
Facsimile:  (925) 621-2114

Attorneys for Plaintiffs
Mangosoft, Inc. and Mangosoft Corporation

---

3                                                    Case No. C03 3089 RS

STIPULATION OF DISMISSAL

1    Dated:  November 14, 2006                    By:_____/s/ Henry C. Su_____
                                                  Henry C. Su
2                                                 Howrey LLP
                                                  1950 University Avenue, 4th Floor
3                                                 East Palo Alto, CA 94303-2250
                                                  (650) 798-3528 - phone
4                                                 (650) 798-3600 - fax

5
                                                  Thomas M. Dunham
6                                                 Nelson M. Kee
                                                  Howrey Simon Arnold & White LLP
7                                                 1299 Pennsylvania Ave., N.W.
                                                  Washington, DC 20004
8                                                 (202) 783-0800 - phone
                                                  (202) 383-6610 – fax
9

10                                                Attorneys for Defendant
                                                  Sun Microsystems, Inc.
11

12   Dated:  November 14, 2006                    By:_____/s/ David E. Killough_____
                                                  David E. Killough
13                                                Vinson & Elkins L.L.P.
                                                  The Terrace 7
14                                                2801 Via Fortuna
                                                  Suite 100
15                                                Austin, TX 78746
                                                  (512) 542-8428 - phone
16                                                (512) 542-8612 – fax

17
                                                  Attorneys for Defendant
18                                                Dell Computer Corporation

19
     Dated:  November 14, 2006                    By:_____/s/ Douglas E. Lumish_____
20                                                Douglas E. Lumish
                                                  Jeffrey Homrig
21                                                Weil Gotshal & Manges LLP
                                                  Silicon Valley Office
22                                                201 Redwood Shores Parkway
                                                  Redwood Shores Parkway
23                                                Redwood Shores, CA 94065
                                                  (650) 802-3000 - phone
24                                                (650) 802-3100– fax

25

26
                                                  4                              Case No. C03 3089 RS

                          STIPULATION OF DISMISSAL

1

                                                                   Attorneys for Defendant
Electronic Arts Inc.

2

3

4

5

6

7    LIT 1592877v.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                  Case No. C03 3089 RS

STIPULATION OF DISMISSAL

SV1:\259724\01\5K#K01!.DOC\66385.0014          5